# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

MARNI TRUGLIO
on behalf of herself and all others similarly
situated,

*Plaintiff,*

v.

CBE GROUP, et al.,

*Defendants.*

Civil Action No.: 3: 15-cv-03813 (PGS)

**ORDER**

Whereas, this matter is before the Court on motion to certify class (ECF No. 21); and

Whereas, the Court having considered the submissions of the parties and having heard oral argument; and for good cause having been shown;

IT IS on this 1st day of December, 2016;

ORDERED that for the reasons set forth on the record on this date;

Plaintiffs' motion to certify class (ECF No. 21) is granted.

PETER G. SHERIDAN, U.S.D.J.