Ari H. Marcus, Esq.
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

Yitzchak Zelman, Esq.
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

**MARCUS ZELMAN, LLC**
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

NEW JERSEY OFFICE:
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712

NEW YORK OFFICE:
4 Ridgeway Terrace
Spring Valley, New York 10977

*All Correspondences to NJ Office

May 8, 2017

Honorable U.S. Magistrate Judge Tonianne J. Bongiovanni
United States District Courthouse
District of New Jersey
402 East State Street
Trenton, New Jersey

      Re:    **Truglio v. CBE Group**
                Civil Action No: 3:15-cv-03813-PGS-TJB

To the Honorable U.S. Magistrate Judge Bongiovanni,

      The undersigned represents Marni Truglio, individually and on behalf of all others similarly situated, in this action brought pursuant to the Fair Debt Collection Practices Act. On December 6, 2016, the Honorable Judge Sheridan entered an Order, certifying this matter as a class action. *See,* Docket 30. The parties are pleased to advise the Court that an agreement to settle this matter on a class-wide basis has now been reached in this action. The parties jointly request forty-five days in order to prepare and submit the necessary briefing, so as to obtain preliminary approval of the class settlement.

      In light of the foregoing, it is respectfully requested that the Settlement Conference scheduled for May 9, 2017 be canceled. Defendant's counsel is copied on this communication, and joins in the above requests. Kindly contact the undersigned with any questions or concerns regarding the foregoing.

[Handwritten: Granted]

Respectfully submitted,

/s/ Yitzchak Zelman, Esq.

[Handwritten order: Preliminary Approval Briefing for Class Settlement is to be filed by June 23, 2017.

So Ordered
TJ Bongiova
5/8/17]